COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. William Stark
TOWNE, Respondent.

No. 9802.

Circuit Court of Appeals, Ninth Circuit.

June 3, 1941.

Samuel O. Clark, Jr., Asst. Atty. Gen., for petitioner.

Douglas Erskine, F. T. Smith, and S. Neilson, all of San Francsico, Cal., for respondent.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the petition to review herein be dismissed, that a jdugment be filed and entered accordingly, and mandate of this court issue forthwith.

Henry W. CORNING v. COMMISSIONER
OF INTERNAL REVENUE.

No. 8398.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Ralph F. Staubly, J. Louis Monarch, and S. Dee Hanson, all of Washington, D. C., for petitioner and cross-respondent Commissioner.

T. G. Thompson, of Cleveland, Ohio, for respondent and cross-petitioner Corning.

Before HICKS, SIMONS, and MART-IN, Circuit Judges.

PER CURIAM.

It is ordered that the decision of the United States Board of Tax Appeals be and the same is hereby affirmed, pursuant to agreed motion of counsel.

William H. DANFORTH, Petitioner, v. Hon.
George H. MOORE, Judge, United States
District Court, etc.

No. 522.

Circuit Court of Appeals, Eighth Circuit.

May 7, 1941.

J. L. London, of St. Louis, Mo., for petitioner.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Amy G. Edwards, Asst. U. S. Atty., of St. Louis, Mo., for respondent.

PER CURIAM.

Motion for leave to file petition for writ of mandamus dismissed, on application of counsel for petitioner in open court.